# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148375

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                             SC: 148375
                                              COA: 318048
                                              Wayne CC: 12-007922-FC
MAHMOUD REHMAN AL-BADRI,
          Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the December 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



d0324

Clerk